B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Southeastern Income Properties, Inc.**
Debtor

Case No. **8:09-bk-09079**

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 22,749,162.00 | | |
| B - Personal Property | Yes | 4 | 1,327,043.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 14,202,590.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 338,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 24,076,205.30 | | |
| Total Liabilities | | | | 14,540,590.64 | |

# United States Bankruptcy Court
## Middle District of Florida

In re   Southeastern Income Properties, Inc. , Case No. 8:09-bk-09079
          Debtor

Chapter   11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Southeastern Income Properties, Inc.**, Case No. __8:09-bk-09079__
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Hotel located at 8738 International Drive, Orlando, FL 32819 [Legal: PLAZA INTERNATIONAL UNIT 7, 12/135 BEG 1266.78 FT S of NW COR of BLK B RUN E 463.74 FT SELY - 36-23-28-7164-02002] | Fee simple | - | 22,749,162.00 | 14,000,000.00 |
| | | Sub-Total > | 22,749,162.00 | (Total of this page) |
| | | Total > | 22,749,162.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **Southeastern Income Properties, Inc.**                                     Case No.    **8:09-bk-09079**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | - | 11,190.76 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account @ Wachovia** | - | 15,580.54 |
| | | | **Wachovia Account (money held in escrow for insurance)** | - | 500,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Progress Energy Surety Bond** | - | 21,075.00 |
| | | | **Teco Gas Security Deposit** | - | 8,610.00 |
| | | | **Orlando Utilities - Security Deposit** | - | 25,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                                    Sub-Total >       **581,456.30**
                                                                                   (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

In re   **Southeastern Income Properties, Inc.**  Case No.  **8:09-bk-09079**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Owed from Tour Groups** | - | 114,622.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   **114,622.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re     **Southeastern Income Properties, Inc.**    Case No. __8:09-bk-09079__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Franchise Agreement with Econo Lodge | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 4 - Golf Carts | - | 6,000.00 |
| | | 2- utility trailers | - | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 511 Spencer Point Mirror "FOB" and 122 Spencer Point King Headboard "FOB" | - | 3,000.00 |
| | | 514 Spencer Point Credenza, 74 1/2WX19DX23" H four Side-Guided, Lumber-Banded Laminate Top, Recessed Back, Case Mounted Wall Guard | - | 25,700.00 |
| | | 320 Full HB W/Crown top (Bottom 64"W) (No design) 58x376; 9 King HB w/ Crown (Bottom 78"W) (No design) 83x36; 160 1-DR Nightstand 22x18x24; 160 4-DR Credenza 60x22x28; 160 1-DR Des (KD) 48x24x31; 160 Designer Mirror, Color: Gold Frame 30x42; and 160 Designer Mirro, Color: Gold Frame 18x60; and 320 Arm Chairs *UPH 11/2 yds); and all furniture solid wood and wood veneer, HPL tops all drawres: Finished with Lacquer | - | 64,450.00 |
| | | 224 Tub chairs; 511 Activity tables, and 388 Night stands | - | 20,000.00 |
| | | 798 - Spencer Point Headboards | - | 10,000.00 |
| | | Estimated 672- A/Cs | - | 67,200.00 |
| | | 1080- Double Beds, 132 King Beds | - | 121,200.00 |
| | | | Sub-Total > (Total of this page) | 317,950.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Southeastern Income Properties, Inc.** Case No. **8:09-bk-09079**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 780- Tvs | - | 39,000.00 |
| | | 1344- Pictures | - | 13,440.00 |
| | | Lobby Furniture: 4- couches, 4- coffee tables, 3- benchs, 2- chairs, 2- lamps | - | 2,000.00 |
| | | 3- fax, 35- computers/printers, 25- desks, 22- filing cabinets, 30- office chairs, 1- postal meter | - | 11,600.00 |
| | | 3- Copiers | - | 4,500.00 |
| | | 38- nightstand; 118- endtable; 100 - TV Armoire Base; 103- cocktail table | - | 12,700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 798 - Tub Chair W/C 617-05 | - | 5,000.00 |
| | | Guest Laundry: 24 - Washers and Dryers, including any Bulkheads, Boilers, Soap dispensers, Coin changers, and Card systems | - | 7,700.00 |
| | | Pressure washer, blowers, chopsaw, jackhammer, drill, and air compressor | - | 1,500.00 |
| | | Commericial Laundry: 4 washers, 5- dryers | - | 45,000.00 |
| 30. Inventory. | | Various Linens | - | 170,575.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

Sub-Total >    313,015.00
(Total of this page)
Total >    1,327,043.30

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Southeastern Income Properties, Inc.**  Case No. **8:09-bk-09079**
             Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|

**NONE.**

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Southeastern Income Properties, Inc.**                                      Case No. __8:09-bk-09079__
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 28047160<br><br>AEL Financial<br>c/o GCR Capital<br>200 - 9th Ave. N., Ste. 200<br>Safety Harbor, FL 34695 | X | - | 224 Tub chairs; 511 Activity tables, and 388 Night stands<br><br>Value $ 20,000.00 | | X | | 57,000.00 | 37,000.00 |
| Account No.<br><br>Alliance Laundry Systems LLC<br>PO Box 990<br>Sheperd Street<br>Ripon, WI 54971-0990 | | - | Commericial Laundry: 4 washers, 5-dryers<br><br>Value $ 45,000.00 | | X | | 4,200.33 | 0.00 |
| Account No.<br><br>AXIS Capital, Inc.<br>c/o GCR Capital<br>200 - 9th Ave N., Ste. 200<br>Safety Harbor, FL 34695 | X | - | 38- nightstand; 118- endtable; 100 - TV Armoire Base; 103- cocktail table<br><br>Value $ 12,700.00 | | X | | 20,390.31 | 7,690.31 |
| Account No. 2008009<br><br>CFC Investment Company<br>PO Box 145496<br>Cincinnati, OH 45250 | X | - | 514 Spencer Point Credenza, 74 1/2WX19DX23" H four Side-Guided, Lumber-Banded Laminate Top, Recessed Back, Case Mounted Wall Guard<br><br>Value $ 25,700.00 | | X | | 28,000.00 | 2,300.00 |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 109,590.64 | 46,990.31 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Southeastern Income Properties, Inc.**                                          Case No.   __8:09-bk-09079__
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CWCapital Asset Management<br>c/o Akerman Senterfitt<br>PO Box 231<br>Orlando, FL 32802 | | - | Hotel located at 8738 International Drive, Orlando, FL 32819 [Legal: PLAZA INTERNATIONAL UNIT 7, 12/135 BEG 1266.78 FT S of NW COR of BLK B RUN E 463.74 FT SELY - 36-23-28-7164-02002] | | X | | | |
| | | | Value $   22,749,162.00 | | | | 14,000,000.00 | 0.00 |
| Account No.<br><br>Danka | | - | 3- Copiers | | X | | | |
| | | | Value $   4,500.00 | | | | 0.00 | 0.00 |
| Account No. EV3699<br><br>Evans National Leasing<br>One Grimsby Drive<br>Hamburg, NY 14075 | X | - | 511 Spencer Point Mirror "FOB" and 122 Spencer Point King Headboard "FOB" | | X | | | |
| | | | Value $   3,000.00 | | | | 16,000.00 | 13,000.00 |
| Account No. 001-2091051-001<br><br>Leaf Funding Corp<br>PO Box 60607<br>Santa Barbara, CA 93160 | X | - | 798 - Tub Chair W/C 617-05 | | X | | | |
| | | | Value $   5,000.00 | | | | 32,000.00 | 27,000.00 |
| Account No. 015-0012283-001<br><br>Sterling National Bank<br>500 Seventh Avenue<br>11th Floor<br>New York, NY 10018 | X | - | 798 Spencer Point Full Headboard | | X | | | |
| | | | Value $   10,000.00 | | | | 45,000.00 | 35,000.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          14,093,000.00        75,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Southeastern Income Properties, Inc.**  Case No. __8:09-bk-09079__
                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>**Sterling National Bank** | | | **Sterling Nat'l Bank / OCR**<br>**200 - 9th Ave N., Ste. 200**<br>**Safety Harbor, FL 34695**<br><br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |
| Account No. | | | <br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 0.00 | 0.00
Total (Report on Summary of Schedules) | 14,202,590.64 | 121,990.31

B6E (Official Form 6E) (12/07)

In re  **Southeastern Income Properties, Inc.**                        Case No. __**8:09-bk-09079**__
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__**0**__ continuation sheets attached

In re  Southeastern Income Properties, Inc. , Case No. 8:09-bk-09079
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Best Western International <br> PO Box 53505 <br> Phoenix, AZ 85072-3505 | | - | Lawsuit - Breach of Contract (Franchise Agreement) | | X | | 300,000.00 |
| Account No. <br><br> Representing: <br> Best Western International | | | Best Western Internat'l <br> c/o Sherman & Howard LLC <br> 2800 N. Central Ave, Ste 1100 <br> Phoenix, AZ 85004-1043 | | | | |
| Account No. 4269 <br><br> Enterprise Funding Group <br> c/o American Lease Insurance <br> 654 Amherst Rd., Ste. 339 <br> Sunderland, MA 01375 | | - | Property Insurance | | X | | 38,000.00 |
| Account No. <br><br> Kathy & Donald Boyd <br> c/o Rebecca H. Cozart, Esq. <br> 1843 Atlantic Blvd. <br> Jacksonville, FL 32207-3459 | | - | Lawsuit | | X | | Unknown |
| | | | | Subtotal (Total of this page) | | | 338,000.00 |
| | | | | Total (Report on Summary of Schedules) | | | 338,000.00 |

  0   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:26457-090414    Best Case Bankruptcy

In re  Southeastern Income Properties, Inc.  Case No. 8:09-bk-09079
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| 4 Ward Alliance (Group) | Tour Group |
| Alliance Quality ServicesInc<br>6236 Kingspointe Pkwy.<br>Suite 6<br>Orlando, FL 32819 | Maid service for cleaning |
| Allied Tours | Tour Group |
| American Tours Internat. | Tour Group |
| Bahia Receptive Services | Tour Group |
| Baymont Inn & Suites | Tour Group |
| Cash Value Coupon | Tour Group |
| CFI Travel | Tour Group |
| Choice Hotel Systems | Franchise Agreement |
| Choice Privileges | Tour Group |
| Creative Tours | Tour Group |
| Expedia | Tour Group |
| Galaxy Tours | Tour Group |
| Globespan | Tour Group |
| Gulliver's Travel | Tour Group |
| Holiday House | Tour Group |
| Hotel Hotline | Tour Group |
| Hotelbeds | Tour Group |
| Hotels Corp. | Tour Group |
| Intair Vacation | Tour Group |
| Jetsave | Tour Group |

1
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Southeastern Income Properties, Inc.                              Case No.    8:09-bk-09079
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Kuoni Netherlands B.V. | Tour Group |
| Kuoni Switzerland | Tour Group |
| Kuoni UK | Tour Group |
| Liberty/Gogo | Tour Group |
| Military Travel | Tour Group |
| Plaza Travel | Tour Group |
| Red Seal Tours | Tour Group |
| Reserve Direct | Tour Group |
| Rooms Etc. | Tour Group |
| Safemark<br>2101 Parkcenter Dr.<br>Orlando, FL 32835 | Safemark places safes in the hotel rooms for guests to use. |
| Thomas Cook | Tour Group |
| Thomson Holidays Services | Tour Group |
| Tourico Holidays | Tour Group |
| Transhotel | Tour Group |
| Travel Impressions | Tour Group |
| Travelocity | Tour Group |
| Travelworm Inc. | Tour Group |
| TruGreen Lawn Care<br>11244 Boggey Creek Road<br>Tampa, FL 33613 | Lawn Service |
| TUI Nordic | Tour Group |
| Welcome USA | Tour Group |

Sheet   1   of   1   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Southeastern Income Properties, Inc.**                                   Case No.   **8:09-bk-09079**
                                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | AEL Financial<br>c/o GCR Capital<br>200 - 9th Ave. N., Ste. 200<br>Safety Harbor, FL 34695 |
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | AXIS Capital, Inc.<br>c/o GCR Capital<br>200 - 9th Ave N., Ste. 200<br>Safety Harbor, FL 34695 |
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | CFC Investment Company<br>PO Box 145496<br>Cincinnati, OH 45250 |
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | Evans National Leasing<br>One Grimsby Drive<br>Hamburg, NY 14075 |
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | Leaf Funding Corp<br>PO Box 60607<br>Santa Barbara, CA 93160 |
| Harvey Estes<br>2116 Magdalene Manor Drive<br>Tampa, FL 33613 | Sterling National Bank<br>500 Seventh Avenue<br>11th Floor<br>New York, NY 10018 |

 0
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re  **Southeastern Income Properties, Inc.**  
                    Debtor(s)

Case No. **8:09-bk-09079**  
Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing:     $ **0.00**

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income     $ **530,000.00**

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (Other Than Debtor)     $ **151,760.00**  
4. Payroll Taxes     **5,699.00**  
5. Unemployment Taxes     **0.00**  
6. Worker's Compensation     **5,000.00**  
7. Other Taxes     **32,217.00**  
8. Inventory Purchases (Including raw materials)     **33,064.00**  
9. Purchase of Feed/Fertilizer/Seed/Spray     **0.00**  
10. Rent (Other than debtor's principal residence)     **0.00**  
11. Utilities     **55,130.00**  
12. Office Expenses and Supplies     **0.00**  
13. Repairs and Maintenance     **77,270.00**  
14. Vehicle Expenses     **0.00**  
15. Travel and Entertainment     **0.00**  
16. Equipment Rental and Leases     **31,799.00**  
17. Legal/Accounting/Other Professional Fees     **99,167.00**  
18. Insurance     **20,317.00**  
19. Employee Benefits (e.g., pension, medical, etc.)     **3,645.00**  
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21)     $ **515,068.00**

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $ **14,932.00**

# United States Bankruptcy Court
## Middle District of Florida

In re   Southeastern Income Properties, Inc.  
　　　　　　　　　　　　　Debtor(s)

Case No.   8:09-bk-09079  
Chapter   11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __0__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 14, 2009**　5/14/09

Signature  **/s/ Jevon Estes**  
**Jevon Estes**  
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.